IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ELDERLY CARE SERVICES, LLC, a Nevada limited liability company; VITALY SALO, and IRINA SALO,<br><br>Defendants. | 8:23CV431<br><br>ORDER |

This matter is before the Court on the Stipulated Motion to Stay Proceedings Pending Mediation (Filing No. 21.)  After review of the motion and for good cause shown,

**IT IS ORDERED:**

1. The Stipulated Motion to Stay Proceedings Pending Mediation (Filing No. 21) is granted.

2. All remaining case progression deadlines are stayed pending the outcome of mediation.

3. The parties shall file a joint written status report as to the scheduling of mediation on or before January 31, 2024.

4. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

5. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to discuss case progression.

Dated this 29th day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge